IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Richard: Pack | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-00911-SRW |
| | ) |
| CITY OF SAINT CHARLES, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants City of Saint Charles ("St. Charles"), Gregory Katterhenry ("Katterhenry"), Richard Eder ("Eder"), Nick Brockmeyer ("Brockmeyer"), Shannon Norman ("Norman"), and Timothy Engelmeyer ("Engelmeyer" together with St. Charles, Katterhenry, Eder, Brockmeyer, and Norman "Defendants") move to dismiss Plaintiff's claims against them in Plaintiff Richard: Pack's Amended Complaint [Doc. No. 25] ("Complaint"), with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(5)-(6). In support of this Motion, Defendants state as follows:

1. Plaintiff alleges that he was in a vehicle that was wrongfully stopped by St. Charles police officers and wrongfully arrested before being the subject of a conspiracy amongst two St. Charles judges and the City prosecutor.

2. On June 19, 2025, more than two years after the allegations in his Complaint, Plaintiff filed a Complaint alleging thirteen counts against Defendants.

3. Plaintiff's Complaint should be dismissed in its entirety to Federal Rule of Civil Procedure 12(b)(5) because it is procedurally deficient as Plaintiff has failed to properly serve any Defendants.

4. Plaintiff's Complaint should also be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) because the claims are also substantively deficient, namely that:

   a. Plaintiff fails to allege a claim for conspiracy under 42 U.S.C. § 1985 in Count III.

   b. Plaintiff's Count II under 42 U.S.C. § 1986 fails because it is dependent upon a valid claim under § 1985.

   c. Plaintiff's Counts IV, V, IX, X, and XIII fail because they are based on criminal statutes that do not provide a private right of action.

   d. Plaintiff's Count VIII fails because Plaintiff did not allege any violation of his Sixth Amendment rights.

   e. Plaintiff's Counts XI and XII fail because Plaintiff did not allege a wrongful act underlying the conspiracy.

   f. Plaintiff's Count VII fails because the Fourth Amendment does not support a claim for assault and battery.

   g. Plaintiff's Count I and VI fail because Defendants are entitled to qualified immunity.

5. A Memorandum in Support of Defendant's Motion to Dismiss is filed contemporaneously with this Motion and is incorporated herein by this reference.

WHEREFORE, Defendants pray that the Court enter an order dismissing all claims against them in Plaintiff's Complaint, awarding to Defendants their costs in defense of this action, and granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

CARMODY MacDONALD P.C.

By: /s/ *Tyler C. Schaeffer*
    Tyler C. Schaeffer, #60847MO
    Carissa C. Sterling, #74853MO
    120 South Central Avenue, Suite 1800
    St. Louis, Missouri 63105
    (314) 854-8600 Telephone
    (314) 854-8660 Facsimile
    tcs@carmodymacdonald.com
    ccs@carmodymacdonald.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    /s/ *Tyler C. Schaeffer*