UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Richard Pack, | ) |
| PLAINTIFF | ) |
| | ) |
| v. | )  4:25-cv-911 MTS |
| | ) |
| CITY OF SAINT CHARLES et al., | ) |
| DEFENDANTS. | ) |

**PLAINTIFF RESPONDS AND OBJECTS TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Richard Pack, a free man of one of the several states and pro se PLAINTIFF in the above-styled case, to object to DEFENDANTS' Motion to Dismiss and responds as follows:

**I.** DEFENDANTS' claim "PLAINTIFF has failed to properly serve any of the DEFENDANTS under Federal Rule of Civil Procedure 4 by leaving a copy of the Summons and Complaint at the front desk of the Saint Charles Police Department on July 16, 2025."

**1.** DEFENDANTS' assertion misleads in that it suggests only a single copy of the Complaint and Summons were placed by hand on the front desk by the PLAINTIFF himself with no contact or communication between PLAINTIFF and any individual inside of the building when, in fact, the PLAINTIFF enlisted Aronson Process Service, LLC to properly serve the DEFENDANTS according to the Federal Rules of Civil Procedure. Mr. Jeff Aronson of Aronson Process Service, LLC, upon entry to the Saint Charles City Police Department and, after announcing that he was a process server there to serve process, can be seen on video being misled by not one (1) but three (3) officers, one of whom blocked his path and directed him specifically to the front desk of the Saint Charles City Police Department where Officer Logan Vissak, #1012, stated that he could take all Summons to be served. Officer Vissak took record of Mr. Jeff Aronson's name and gave Mr. Aronson his last name (Vissak) and badge number (1012) in the exchange. Whether Mr. Aronson was misled by Saint Charles City Police intentionally or out of their ignorance of the proper service of process, the blocking of his path and misdirection to the Police Office front desk instead of allowing Mr.

Wherefore, PLAINTIFF prays that this case be permitted to proceed so that proper remedy may be acquired.

For a list of defined terms see PLAINTIFF'S attachment (4 pages) filed adjacent to this Response and Objection.

Respectfully Entered,

*[signature]*

All Rights Reserved UCC 1-308

**Richard Pack**
4021 Laclede Avenue
#8182
**Saint Louis, Missouri**
**[63156]**
(708) 921-9273